EDWARD VANGUILDER, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 20, 2004; decided January 6, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

PARVIZ ROBERT MOHASSEL, Respondent, v LILA FENWICK, Appellant.

Submitted December 27, 2004; decided January 11, 2005

Motion to strike appellant's brief denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A.J. HINSPETER, Appellant, v DANIEL A. SENKOWSKI, as Superintendent of Clinton Correctional Facility, Respondent.

Submitted November 22, 2004; decided January 11, 2005

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.